IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 09-cv-541

JAMES KNUUTTILA,

        Defendant.

## ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant James Knuuttila, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear plead or otherwise defend, the default of defendant James Knuuttila, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 7th day of December, 2009.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court